United States District Court
Southern District of Texas
**ENTERED**
October 17, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SCOTT MARTIN, | § |
| | § |
| Plaintiff. | § |
| | § |
| V. | §   CIVIL ACTION NO. 4:23-cv-03228 |
| | § |
| MARILYN BURGESS, *et al.*, | § |
| | § |
| Defendants. | § |

# FINAL JUDGMENT

Pursuant to the court's Opinion and Order entered today, judgment is entered in Defendants' favor and this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 17th day of October 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE